# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DORO SILIMANKAN KOITA,** *Petitioner,* | : | **CIVIL ACTION** |
| | : | **NO. 26-4401** |
| **v.** | : | |
| **JL JAMISON,** ***in his official capacity as warden of the Philadelphia Federal Detention Center, et al.***, *Respondents.* | : | |

## ORDER

**AND NOW**, this 28th day of July 2026, upon consideration of Petitioner Doro Silimankan Koita's, ("Petitioner"), *petition for a writ of habeas corpus* filed pursuant to 28 U.S.C. § 2241, (the "Petition"), (ECF 1), Respondents' answer in opposition, (ECF 7), and Respondents' supplemental evidence, (ECF 10), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Petitioner's *petition for a writ of habeas corpus* is **DENIED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*